RECEIVED

NOV 17 2022

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
_____DIVISION

Plaintiff(s),

v. Leslie M. Thomas

Ashley Stewart

Defendant(s). (Enter above the full name(s) of all defendants in this lawsuit. Please attach additional sheets if necessary.)

Case No. _____
(to be assigned by Clerk of District Court)

JURY TRIAL DEMANDED

YES ✓   NO ☐

## EMPLOYMENT DISCRIMINATION COMPLAINT

1.  This employment discrimination lawsuit is based on (check only those that apply):

___✓___ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin.
**NOTE**: *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

___✓___ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age (age 40 or older).
**NOTE**: *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

___✓___ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of disability.
**NOTE**: *In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

____ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.

**NOTE**: *In order to bring suit in federal district court under the Rehabilitation Act of 1973, you must first file charges with the appropriate Equal Employment Office representative or agency.*

____ Other (Describe)

## PARTIES

2. Plaintiff's name: Leslie M. Thomas

   Plaintiff's address: 230 St. Gregory
   Street address or P.O. Box

   Florissant
   City/County/State/Zip Code

   814-933-4905
   Area code and telephone number

3. Defendant's name: Ashley Stewart Inc.

   Defendant's address: 150 Meadowlands Pkwy, Suite 403
   Street address or P.O. Box

   Secaucus, New Jersey 07094
   City/County/State/Zip Code

   1-201-713-3200
   Area code and telephone number

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES, ADDRESSES AND TELEPHONE NUMBERS ON A SEPARATE SHEET OF PAPER.**

4.  If you are claiming that the discriminatory conduct occurred at a different location, please provide the following information:

__10835 Hollsferry___ __Ferguson Mb.__ _____ __63121__
(Street Address)        (City/County)           (State)   (Zip Code)

5.  When did the discrimination occur? Please give the date or time period:

Started
__10/8/20, March 17/22, Thur-out 2021__

## ADMINISTRATIVE PROCEDURES

6.  Did you file a charge of discrimination against the defendant(s) with the Missouri Commission on Human Rights?

☑ Yes   Date filed: __4/21__

☐ No

7.  Did you file a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

☑ Yes   Date filed: __4/21__

☐ No

8.  Have you received a Notice of Right-to-Sue Letter?

☑ Yes              ☐ No

If yes, please attach a copy of the letter to this complaint.

9.  If you are claiming age discrimination, check one of the following:

☑ 60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

___ fewer than 60 days have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

3

## NATURE OF THE CASE

10. The conduct complained of in this lawsuit involves (check only those that apply):

    ____ failure to hire me

    ✓ termination of my employment

    ✓ failure to promote me

    ✓ failure to accommodate my disability

    ✓ terms and conditions of my employment differ from those of similar employees

    ✓ retaliation

    ✓ harassment

    ✓ other conduct (specify):

    STORE MANAGER Brought GUN Into workplace Flashing it AT ME! AS WEll she HAD personal Relationship with other managers in Store to HARRAS me. I have Docs & Restraing ORDERS AVAILABLE

    Did you complain about this same conduct in your charge of discrimination?

    ✓ Yes        ____ No

4

11. I believe that I was discriminated against because of my (check all that apply):

\_\_\_\_ race

✓ religion

\_\_\_\_ national origin

\_\_\_\_ color

\_\_\_\_ gender

✓ disability

✓ age (birth year is: 1961)

✓ other:

Did you state the same reason(s) in your charge of discrimination?

✓ Yes          \_\_ No

12. State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. It is not necessary to make legal arguments, or to cite cases or statutes.

Upon getting Hired 2/19/20 I told Supervisor of Disability & accomdation need, I never was questain, I just never recieved the accomdation NEEDED, AFTER Being Hired
1. Comfort Shoe
2. Small Breaks
3. Excesive lifting (No Excesive)
  Instead Thrust into Heavier Lifting & letter climbing, upon No Breaks

(Continue to page 6, if additional space is needed.)

5

(Attach additional sheets as necessary).

13. The acts set forth in paragraph 12 of this complaint:

☐ are still being committed by the defendant.

☒ are no longer being committed by the defendant.

☐ may still be being committed by the defendant.

### REQUEST FOR RELIEF

State briefly and exactly what you want the Court to do for you. Make no legal arguments; cite no cases or statutes. *Restore*

14. Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this  10  day of  NOVEMBER , 20 22

Signature of Plaintiff  *Leslie Thomen*